Billy J. Williams, OSB#901366
United States Attorney
District of Oregon
NATHAN J. LICHVARCIK
Assistant United States Attorney
Nathan.J.Lichvarcik@usdoj.gov
405 E. 8th Ave., Ste. 2400
Eugene, OR 97401
Telephone: (541) 465-6771
Facsimile: (541) 465-6917
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:16-CR-00393-AA |
| v. | **MOTION TO UNSEAL INDICTMENT** |
| THOMAS ROBERT LACOVARA | |
| Defendant. | |

The United States of America, by Billy J. Williams, United States Attorney for the District of Oregon, and Nathan J. Lichvarcik, Assistant United States Attorney, moves the Court for an order to unseal the Indictment, for the reason that the defendant was arrested and is in federal custody in the District of New Jersey.

Respectfully submitted this 7th day of December 2016.

BILLY J. WILLIAMS
United States Attorney


NATHAN J. LICHVARCIK
Assistant United States Attorney