UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 6:16-CR-00393-AA |
| v. | **ORDER TO UNSEAL** |
| THOMAS ROBERT LACOVARA | **UNDER SEAL** |
| Defendant. | |

Based upon the motion by the United States, IT IS HEREBY ORDERED that the Indictment in the above-entitled matter be unsealed.

SO ORDERED this ____ day of December 2016.

_____
JOLIE A. RUSSO
United States Magistrate Judge

Submitted by:

BILLY J. WILLIAMS
United States Attorney

*s/Nathan J. Lichvarcik*
NATHAN J. LICHVARCIK
Assistant United States Attorney